| | |
|---|---|
| **Joshua Brockelmeyer,** ) | CIVIL ACTION NO.: |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **DEFENDANT'S** |
| ) | **NOTICE OF REMOVAL** |
| **Datavant, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

# EXHIBIT A

*(State Court Papers and Notice of Service of Process)*

ELECTRONICALLY FILED - 2023 Mar 14 8:41 PM - JASPER - COMMON PLEAS - CASE#2023CP2700126

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF JASPER<br><br>JOSHUA BROCKELMEYER,<br><br>   Plaintiff,<br><br> vs.<br><br>DATAVANT, INC.,<br><br>   Defendant. | IN THE COURT OF COMMON PLEAS<br>FOR THE FOURTEENTH JUDICIAL<br>CIRCUIT<br><br>CASE NO.<br><br>**SUMMONS**<br>(JURY TRIAL REQUESTED) |

**TO THE DEFENDANT ABOVE NAMED:**

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to said Complaint on the subscribed, Nauheim Law Office, LLC, P.O. Box 31458, Charleston, South Carolina 29417, within thirty (30) days after the service hereof, exclusive of the date of such service; and if you fail to answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

                  NAUHEIM LAW OFFICE, LLC

                  *s/David A. Nauheim*
                  David A. Nauheim
                  Attorneys for the Plaintiff
                  P.O. Box 31458
Charleston, South Carolina     Charleston, South Carolina 29417
March 14, 2023          (843) 534-5084

ELECTRONICALLY FILED - 2023 Mar 14 8:41 PM - JASPER - COMMON PLEAS - CASE#2023CP2700126

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF JASPER<br><br>JOSHUA BROCKELMEYER,<br><br>        Plaintiff,<br><br>vs.<br><br>DATAVANT, INC.,<br><br>        Defendant. | IN THE COURT OF COMMON PLEAS FOR THE FOURTEENTH JUDICIAL CIRCUIT<br><br>CASE NO.<br><br>**COMPLAINT**<br>(JURY TRIAL REQUESTED) |

The Plaintiff above named, complaining of the Defendant herein, would respectfully show unto the Court:

**NATURE OF ACTION**

This is a wrongful termination claim in which the Defendant, Datavant, Inc. fired the Plaintiff, Joshua Brockelmeyer based on his race.

**JURISDICTION AND PARTIES**

1. Datavant, Inc. (Datavant) is a Delaware corporation that does business in South Carolina.

2. The Plaintiff, Joshua Brockelmeyer, is a resident of Jasper County, SC.

3. All parties and subject matters herein are within the jurisdiction of this Honorable Court.

**FACTS**

4. In May of 2021, Datavant hired the Plaintiff as a client service representative.

5. The Plaintiff is a white male.

6. In or about October of 2021, Datavant promoted the Plaintiff to a Regional Manager of Operations position.

2

ELECTRONICALLY FILED - 2023 Mar 14 8:41 PM - JASPER - COMMON PLEAS - CASE#2023CP2700126

7. Datavant gave the Plaintiff this promotion because of his performance working for the company.

8. In this position, Datavant tasked the Plaintiff with supervising client services representatives.

9. One of the subordinates that Datavant assigned to the Plaintiff was a Black woman named Quiana.

10. Quiana exhibited a pattern of policy violations and attendance violations at work

11. Quiana's behavior was such that it elicited a complaint from a client.

12. On or about June 14, 2022, the Plaintiff, with the approval Defendant's HR representative, counseled Quiana.

13. Prior to the counselling, Plaintiff saw text messages from Quiana to another employee saying "fuck this job and fuck Josh."

14. During the counselling, Plaintiff addressed the various policy violations and attendance occurrences with Quiana.

15. At the end of the counselling, Plaintiff asked Quiana if it was true that she communicated to another employee "Fuck this job and fuck Josh."

16. Quiana refused to address the issue and ended the meeting.

17. On or about June 16, Datavant VP of operations Tara Eckhart had a call with the Plaintiff, and asked if the Plaintiff wanted to address how he cursed at Quiana. Eckhart then learned from the Plaintiff that he did not curse at Quiana but rather quoted her own text in which she was cursing.

3

18. That same day, Datavant VP of operations Tara Eckhart, Senior VP of operations Jennifer Wells, and HR representative Alison Hendricks initiated a call to the Plaintiff.

19. During this call, they told the Plaintiff that he was terminated.

20. They informed the Plaintiff, "Due to ongoing issues and a customer complaint, we are terminating you."

21. Datavant had never issued any disciplinary actions against the Plaintiff during his employment aside from his termination.

22. Datavant did not issue any type of corrective action plan to the Plaintiff prior to his termination.

23. Datavant continued to employ Quiana after the Plaintiff's termination.

**FOR A FIRST CAUSE OF ACTION**
**Violation of Title VII of the Civil Rights Act of 1964**
**Wrongful termination**

24. The Plaintiff re-alleges all foregoing paragraphs as if restated herein verbatim.

25. The Defendant is subject to the requirements and prohibitions of Title VII of the Civil Rights Act of 1964.

26. The Plaintiff is a white male.

27. The Defendant took adverse employment action against the Plaintiff by terminating him.

28. The Defendant's discriminatory treatment of Plaintiff constitutes race discrimination, disparate treatment based on race, and less favorable terms and conditions of employment for the plaintiff based on race, all in violation of Title VII.

4

ELECTRONICALLY FILED - 2023 Mar 14 8:41 PM - JASPER - COMMON PLEAS - CASE#2023CP2700126

29. The Plaintiff met the employer's legitimate expectations at all relevant times.

30. The aforementioned actions were taken in intentional, knowing, and willful violation of Title VII of the Civil Rights Act of 1964 and caused the Plaintiff economic and noneconomic damages.

## FOR A SECOND CAUSE OF ACTION
### Wrong Termination based on race in violation of USC § 1981

31. The Plaintiff re-alleges all foregoing paragraphs as if restated herein verbatim.

32. The Defendant is subject to the requirements and prohibitions of USC § 1981.

33. The Plaintiff was employed by the Defendant.

34. The employment relationship between the Plaintiff and the Defendant was by its nature contractual.

35. The Defendant terminated the Plaintiff.

36. The Plaintiff met the employer's performance expectations at all relevant times.

37. The Defendant's adverse action against the Plaintiff was based upon his race.

38. The aforementioned actions were taken in intentional, knowing, and willful violation of 42 USC §1981 and caused the Plaintiff economic and noneconomic damages.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays for judgment against the Defendants for all injuries and damages, punitive damages, fees and costs and equitable remedies set forth in this complaint and/or allowed, provided for, or permitted by the common law or statutory law in such an amount as shall be determined by the finder of fact under the evidence presented at trial, and for an Order requiring Defendant to bring its policies, procedures, training and supervision in compliance with statutes and constitutional provisions reference

ELECTRONICALLY FILED - 2023 Mar 14 8:41 PM - JASPER - COMMON PLEAS - CASE#2023CP2700126

herein, and for further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ David A. Nauheim
DAVID A. NAUHEIM
SC Bar Number 102083
NAUHEIM LAW OFFICE, LLC
P.O. Box 31458
Charleston, SC 29417
Tel: 843 534-5084
Fax: 843 350-3572
david@nauheimlaw.com

/s/ Joshua Mangan
JOSHUA MANGAN
SC Bar Number 104786
NAUHEIM LAW OFFICE, LLC
P.O. Box 31458
Charleston, SC 29417
Tel: 842 352-3519
Fax: 843 350-3572
josh@nauheimlaw.com

March 14, 2023

ELECTRONICALLY FILED - 2023 Mar 14 8:41 PM - JASPER - COMMON PLEAS - CASE#2023CP2700126



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 26602991**
**Date Processed: 03/22/2023**

| | |
|---|---|
| **Primary Contact:** | Kim Smith<br>CIOX Health, LLC<br>120 Bluegrass Valley Pkwy<br>Alpharetta, GA 30005-2204 |
| **Electronic copy provided to:** | Dart Jackson<br>Yenis Molina |
| **Entity:** | Datavant, Inc.<br>Entity ID Number  3743888 |
| **Entity Served:** | Datavant, Inc. |
| **Title of Action:** | Joshua Brockelmeyer vs. Datavant, Inc. |
| **Matter Name/ID:** | Joshua Brockelmeyer vs. Datavant, Inc. (13818695) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Jasper County Court of Common Pleas, SC |
| **Case/Reference No:** | Not Shown |
| **Jurisdiction Served:** | South Carolina |
| **Date Served on CSC:** | 03/20/2023 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Nauheim Law Office, LLC<br>843-534-5084 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com